## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BRIAN TISDELL and TAMMY TISDELL, *on behalf of Minor Child GLT*, | Civil No. 13-2530 (JRT/LIB) |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SENIOR CLASS CARE et al, | |
| Defendants. | |

_____

Brian Tisdell and Tammy Tisdell, PO Box 353, Pequot Lakes, MN 56472, *pro se* plaintiffs,

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED**:

This case is DISMISSED without prejudice for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 24, 2014         s/John R. Tunheim
                              JOHN R. TUNHEIM
                              United States District Judge